IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TRAMINE C. HARP and SHANTOYA HILL**, | * |
| | * |
| Plaintiffs, | Case No. 5:17-cv-00285-TES |
| v. | * |
| **BRAN HOSPITALITY INC**, | * |
| Defendant. | * |

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated April 5, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 8th day of April, 2019.

David W. Bunt, Clerk

s/ Cheryl M. Alston, Deputy Clerk